**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ILLIA KORNEA, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RUSHMORE SERVICING, LLC, | : | No. 25-cv-4743 |
| et al., | : | |
| *Defendants*. | : | |

**ORDER**

**AND NOW**, this **21st** day of **May 2026**, upon review of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 56), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 65), Plaintiff's Notice of Newly Discovered Evidence and Supplemental Opposition to Defendants' Motion to Dismiss (ECF No. 70), Plaintiff's Supplement to Notice of Newly Discovered Evidence (ECF No. 71), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 56) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.

2. The Second Amended Complaint (ECF No. 37) is **DISMISSED without prejudice**.

3. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order, on or before **June 22, 2026**. After thirty (30) days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**